UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:
     BALBIR SINGH,                               Chapter 13
                                                       Case No. 26-40040-ess
                               Debtor(s).

-------------------------------------------------------------X

## DEBTOR'S APPLICATION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

       COMES NOW, Debtor BALBIR SINGH, by and through undersigned counsel and hereby files this Motion.

       1.     On January 6, 2026, Debtor filed for relief under Chapter 13.

       2.     The case has not been converted. No party has filed a motion for relief from, annulment of, or conditioning of the automatic stay under 11 USC §§ 707, 1112 or 1208.

       3.     The Debtor filed this case with the intention of curing mortgage arrears through a Chapter 13 plan. At the same time, the Debtor pursued refinancing of the mortgage and obtained approval.

       4.     Therefore, Debtor seeks to voluntarily dismiss the case.

WHEREFORE, Debtor requests this Court to dismiss this case pursuant to 11 USC § 1307.

Dated: Brooklyn, NY
     March 5, 2026                                            /s/ Alice A. Nicholson, Esq.
                                                                 26 Court Street, Suite 2111
                                                                 Brooklyn, NY 11242