UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X   Chapter 13

IN RE:                                                    Case No: 26-40040 (ESS)

      BALBIR SINGH,

                    DEBTOR

--------------------------------------------------------X

## CERTIFICATE OF SERVICE

      ALICE A. NICHOLSON, attorney for the Debtor, Balbir Singh, hereby certifies that on March 5, 2026, a true and correct copy of the Motion for Dismissal was served by email or US Mail to the parties listed in the attached mailing matrix or listed as ECF recipients, including:

**OFFICE OF THE UNITED STATES TRUSTEE**
USTPREGION02.BR.ECF@USDOJ.GOV

**KRISTA M PREUSS, CHAPTER 13 TRUSTEE**
INFO@CH13EDNY.COM

**SUZANNE YOUSSEF OBO US BANK NATIONAL ASSOCIATION**
SYOUSSEF@RASLG.COM

Dated: MARCH 5, 2026                /s/ Alice A Nicholson
                                                    Alice A Nicholson, Esq.
                                                    Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0207-1<br>Case 1-26-40040-ess<br>Eastern District of New York<br>Brooklyn<br>Thu Mar  5 20:39:24 EST 2026 | U.S. Bank National Association.,<br>Robertson, Anschutz, Schneid, Crane & Pa<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004-2001 | 271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201-1800 |
| Ascendus Inc<br>25 Broadway<br>New York, NY 10004-1010 | Avant/WebBank<br>222 Merchandise Mart Plz<br>Chicago, IL 60654-1103 | Avant/WebBank<br>222 N La Salle St<br>Ste 1600<br>Chicago, IL 60601-1112 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>6801 S Cimarron Rd<br>Las Vegas, NV 89113-2273 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | Cws/cw Nexus<br>Attn: Bankruptcy<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 |
| Cws/cw Nexus<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Internal Revenue Service<br>Centralized Insolvency Op<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | New York State Department of<br>Taxation and Finance<br>250 Veterans Memorial Highway<br>Hauppauge, NY 11788-5500 |
| New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | ONEMAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Ocwen Loan Servicing, LLC<br>1 Mortgage Way<br>Mount Laurel, NJ 08054-4637 |
| Ocwen Loan Servicing, LLC<br>Attn. Bankruptcy<br>1661 Worthington Rd Ste 100<br>West Palm Beach, FL 33409-6493 | Office of the United States Trustee<br>Eastern District of NY (Brooklyn)<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Room 510<br>New York, NY 10004-1415 | Onemain<br>PO Box 1010<br>Evansville, IN 47706-1010 |
| Premier Trade Capital LLC<br>C/O Samuel Kadosh, Esquire<br>Gulko Schwed LLP 525 Chestnut Street, Su<br>Cedarhurst, NY 11516-2246 | Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>PO Box 71727<br>Philadelphia, PA 19176-1727 |
| (p)TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY<br>TBTA TOLL GROUP<br>2 BROADWAY 24TH FLOOR<br>NEW YORK NY 10004-2207 | U.S. Bank National Association.,<br>Robertson, Anschutz, Schneid, & Crane PL<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004-2001 | Alice A Nicholson, Esq<br>Alice A Nicholson, Esq.<br>26 Court Street<br>Suite 2111<br>Brooklyn, NY 11242-1121 |
| Balbir Singh<br>47 Harden Street<br>Brooklyn, NY 11234-3021 | Krista M Preuss<br>Krista M. Preuss, Chapter 13 Trustee<br>100 Jericho Quadrangle<br>Ste 127<br>Jericho, NY 11753-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>St. Cloud, MN 56302-9617 | Triborough Bridge and Tunnel Authority<br>2 Broadway, 24th Fl<br>New York, NY 10004 | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients     0<br>Total                  28 |